UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FARMACIA REMEDIOS, INC., et al.,

    Plaintiffs

    v.

SANDRA SHEWRY, DIRECTOR OF THE DEPARTMENT OF HEALTH CARE SERVICES, STATE OF CALIFORNIA, et al.,

    Defendants.

    NO. CIV. S-08-1443 LKK/GGH

O R D E R

A hearing is SET on plaintiffs' motion to remand for June 26, 2008 at 1:30 p.m.  Defendant may file an opposition, if any, by June 25, 2008 at 8:00 p.m.

IT IS SO ORDERED.

DATED: June 25, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1